**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Raymond Hermosillo,<br><br>        Plaintiff,<br>  v.<br><br>Santa Clara Valley Transportation Authority,<br><br>        Defendant.<br>_____/ | NO. C 09-00158 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

This case was scheduled for a case management conference on July 6, 2009. The parties conferred and duly submitted a Joint Case Management Statement. In light of the parties' Joint Statement, the Court ORDERS as follows:

(1) The July 6, 2009 case management conference is VACATED.

(2) The Court finds that General Order No. 56, attached to this Order, is applicable to this case Plaintiff's primary claim is an ADA violation. Accordingly, the parties shall comply with the provisions of General Order No. 56. The timing provisions of Paragraph 3 of General Order No. 56 shall run from the date of this Order.

Dated: July 1, 2009

                                                              JAMES WARE<br>
                                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Gearinger brian@gearingerlaw.com
Celia Louise McGuinness cmcguinness@reinlawoffice.com
Joseph Patrick Ryan jpryanesq@hotmail.com
Paul Leslie Rein reinlawoffice@aol.com
Robert Stephen Marsh LaRoe stephen@gearingerlaw.com

**Dated: July 1, 2009**                                  **Richard W. Wieking, Clerk**

                                                   **By:    /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California