**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Raymond Hermosillo, | NO. C 09-00158 JW |
|       Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
|   v. | |
| Santa Clara Valley Transportation Authority, | |
|       Defendant. | |

On April 22, 2010, Daniel Bowling of the Court's ADR's program filed a Certification of Mediation notifying the Court that the above-entitled matter has reached a full settlement. (See Docket Item No. 17.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **June 18, 2010**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca on **June 28, 2010 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **June 18, 2010**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: May 4, 2010

                                            JAMES WARE
                                            United States District Judge

<div style="sidebar">**United States District Court**
For the Northern District of California</div>

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Brian Gearinger brian@gearingerlaw.com
   Celia Louise McGuinness cmcguinness@reinlawoffice.com
3  Joseph Patrick Ryan jpryanesq@hotmail.com
   Paul Leslie Rein reinlawoffice@aol.com
4  Robert Stephen Marsh LaRoe stephen@gearingerlaw.com

**Dated:** May 4, 2010                    **Richard W. Wieking, Clerk**

                                          **By:   /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**