| | |
|---|---|
| 1 | KEVIN D. ALLMAND, SB #99241 |
| | General Counsel |
| 2 | JOSEPH P. RYAN, SB #139354 |
| | Senior Assistant Counsel |
| 3 | Santa Clara Valley Transportation Authority |
| | 3331 North First Street, C-2 |
| 4 | San Jose, CA 95134-1906 |
| | Telephone: 408/321-5550 |
| 5 | Attorneys for Defendant, SANTA CLARA |
| | VALLEY TRANSPORTATION AUTHORITY |

BRIAN GEARINGER, ESQ.
Gearinger Law Group
825 Van Ness Avenue, 4th Floor
San Francisco, CA 94109-7891
Attorney for Plaintiff RAYMOND HERMOSILLO

CELIA MCGUINNESS, ESQ.
Law Offices of Paul L. Rein
200 Lakeside Drive, Suite A
Oakland, CA 94612
Attorneys for Plaintiff RAYMOND HERMOSILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HERMOSILLO, | Case Number C09-00158 JW |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| SANTA CLARA VALLEY TRANSPORTATION AUTHORITY, et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. Pro. 41 (a) (1) (ii), Plaintiff Raymond Hermosillo and Defendant Santa Clara Valley Transportation Authority, through their undersigned attorneys, hereby stipulate and agree: 1) that the entire action in this case should be DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees; and 2) that the Court may and should enter the following ORDER FOR DISMISSAL WITH PREJUDICE.

Stipulation for Dismissal and Order Thereon

DATED: May 12, 2010

JOSEPH P. RYAN
Senior Assistant Counsel
Attorneys for Defendant, SANTA CLARA
VALLEY TRANSPORTATION AUTHORITY

DATED: April 26, 2010

GEARINGER LAW GROUP

By: BRIAN GEARINGER
Attorneys for Plaintiff,
RAYMOND HERMOSILLO

DATED: April 29, 2010

LAW OFFICES OF PAUL L. REIN

By: CELIA MCGUINNESS
Attorneys for Plaintiff,
RAYMOND HERMOSILLO

## ORDER

Based on the foregoing stipulation of the parties, and based on all the files, records and proceedings herein, the Court being fully advised, IT IS HEREBY ORDERED THAT the above referenced case is hereby DISMISSED WITH PREJUDICE, with each party bearing its own costs and fees.

IT IS SO ORDERED.   The Clerk shall close this file.

DATED: May 18, 2010

JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

Stipulation for Dismissal and Order Thereon

Page 2